UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PATTEN,<br><br>    Plaintiff<br><br>    v.<br><br>M. DESCHAMPS, et al.,<br><br>    Defendants. | Case No. CV 18-1869-VAP (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint [Dkt. 1], all pleadings and documents filed and lodged in this action, the motion for judgment on the pleadings brought by Defendants (Dkt. 38, "Motion"), the Opposition to the Motion [Dkt. 60] and related Reply [Dkts. 61-62], the Report and Recommendation of United States Magistrate Judge [Dkt. 64, "Report"], and Plaintiff's Objections to the Report [Dkt. 65]. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1)

///

| | |
|---|---|
| 1 | the Motion is GRANTED; and (2) this action is dismissed without prejudice. |
| 2 | |
| 3 | **LET JUDGMENT BE ENTERED ACCORDINGLY.** |
| 4 | |
| 5 | DATE: March 19, 2019____  _____ |
| 6 | VIRGINIA A. PHILLIPS<br>CHIEF UNITED STATES DISTRICT JUDGE |