1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             CENTRAL DISTRICT OF CALIFORNIA

10

11    STEVEN PATTEN,                          Case No. CV 18-1869-VAP (GJS)

12              Plaintiff

13         v.                                 **JUDGMENT**

14    M. DESCHAMPS, et al.,

15              Defendants.

16

17

18         Pursuant to the Court's Order Accepting Findings and Recommendations of

19    United States Magistrate Judge,

20

21         IT IS ADJUDGED THAT this action is dismissed without prejudice.

22

23    DATE: March 19, 2019____     _____

24                                 VIRGINIA A. PHILLIPS
                                   CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28